FILED
CLERK, U.S. DISTRICT COURT

JUL 20 2011

CENTRAL DISTRICT OF CALIFORNIA
BY

1  JOHNSON & PHAM, LLP
2  Christopher D. Johnson, SBN: 222698
       E-mail: cjohnson@johnsonpham.com
3  Christopher Q. Pham, SBN: 206697
       E-mail: cpham@johnsonpham.com
4  Marcus F. Chaney, SBN: 245227
5      E-mail: mchaney@johnsonpham.com
   Ani Sakalian, SBN: 274846
6      E-Mail: asakalian@johnsonpham.com
7  Jason R. Vener, SBN: 267941
       E-mail: jvener@johnsonpham.com
8  6355 Topanga Canyon Boulevard, Suite 115
9  Woodland Hills, California 91367
   Telephone:  (818) 888-7540
10 Facsimile:   (818) 888-7544

11
   Attorneys for Plaintiff
12 ZUMBA FITNESS, LLC

13

14              UNITED STATES DISTRICT COURT

15            CENTRAL DISTRICT OF CALIFORNIA

16

17              CV 11 - 05999 RSWL (DTBx)

18 ZUMBA FITNESS, LLC, a Florida      Case No.
   Limited Liability Company,
19                                    COMPLAINT FOR DAMAGES:
20         Plaintiff,
                                      (1) FEDERAL TRADEMARK
21      vs.                               INFRINGEMENT [15 U.S.C. §
                                          1114/Lanham Act §32(a)]
22 EDDIE ROJAS, an Individual, and Does  (2) FEDERAL COPYRIGHT
23 1-10, Inclusive,                       INFRINGEMENT [17 U.S.C.
                                          §501(a)];
24         Defendant.                  (3) FALSE DESIGNATION OF
25                                        ORIGIN/UNFAIR
                                          COMPETITION [15 U.S.C.
26                                        §1125(a)/Lanham Act §43(a)];
27                                     (4) FRAUD – *INTENTIONAL*
28                                        *MISREPRESENTATION*

- 1 -
COMPLAINT FOR DAMAGES

**(5) TRADEMARK DILUTION [15 U.S.C. §1125(c)];**
**(6) UNFAIR BUSINESS PRACTICES [*CALIFORNIA BUSINESS & PROFESSIONS CODE* §17200];**
**(7) UNFAIR COMPETITION (California Common Law); and**
**(8) UNJUST ENRICHMENT**

**DEMAND FOR JURY TRIAL**

COMES NOW, Plaintiff ZUMBA FITNESS, LLC (hereinafter "Plaintiff"), to hereby file its Complaint against EDDIE ROJAS, and Does 1-10, inclusive (collectively "Defendant").

## PARTIES

1.   Plaintiff is now, and was at the time of the filing of this Complaint and at all intervening times, a Florida Limited Liability Company. Plaintiff conducts and operates a substantial part of its business in California, including the operations of Zumba® Fitness Trainings and Zumba® Fitness product sales. Also, Plaintiff fulfills orders for its DVD products out of operations facilities located in Los Angeles, California. Additionally, the management of Zumba® Fitness DVD product sales occurs within Los Angeles area, inside of California. Plaintiff's Direct Response Television Commercial operations are also conducted out of facilities located in Los Angeles, California. Furthermore, the video production companies employed by Zumba Fitness® to produce their popular Zumba® Fitness television and DVD programs operate within Los Angeles California, among other locations, and numerous Zumba® Fitness instructional and promotional programs and videos have been filmed and produced in California, including in the Los Angeles, California area.

/ / /

1    2.    Plaintiff is informed and believes that EDDIE ROJAS is now, and was

2  at the time of the filing of this Complaint and at all intervening times, an individual

3  doing business at 2244 South Mountain Avenue, Ontario, California 91762 with a

4  telephone number of 909-203-8001.

5    3.    The true names and capacities, whether individual, corporate,

6  associate or otherwise, of Defendant herein named as Does 1-10, inclusive, are

7  unknown to Plaintiff.  Plaintiff therefore sues said Defendants by such fictitious

8  names.    When the true names and capacities of said Defendant have been

9  ascertained, Plaintiff will amend this pleading accordingly.   Does may include

10  persons or entities associated with the facility or facilities where EDDIE ROJAS

11  committed the unlawful acts complained of herein.

12    4.    Plaintiff further alleges that EDDIE ROJAS, and Does 1-10, inclusive,

13  sued herein by fictitious names are jointly, severally and concurrently liable and

14  responsible with the named Defendant upon the causes of action hereinafter set

15  forth.

16    5.    Plaintiff is informed and believes and thereon alleges that at all times

17  mentioned herein EDDIE ROJAS, and Does 1-10, inclusive, and each of them,

18  were the agents, servants and employees of every other Defendant and the acts of

19  each Defendant, as alleged herein, were performed within the course and scope of

20  that agency, service or employment.  Hereafter, EDDIE ROJAS and Does 1-12 are

21  referred to as "Defendant" or "Defendants."

22                            **JURISDICTION/VENUE**

23    6.    This Court has jurisdiction over the subject matter pursuant to 15

24  U.S.C. §1121 and/or 28 U.S.C. §§ 1331 and/or 1338(a) and/or 17 U.S.C. §501(a).

25    7.    This Court has personal jurisdiction over Defendant because

26  Defendant have committed the tortious illegal activities of trademark infringement,

27  copyright infringement and unfair competition in this district such that the exercise

28  of jurisdiction over Defendant by this Court does not offend traditional notions of

1  fair play and substantial justice. Among other things, Defendant have advertised,
2  offered to sell and has sold Zumba® instruction classes without authorization and
3  that there fore infringe the trademarks and copyrights of Plaintiff to consumers
4  within this judicial district.

5       8.    Venue is proper, *inter alia*, pursuant to 28 U.S.C. §1391(b) because
6  on information and belief, a substantial part of the events or omissions giving rise
7  to the claim occurred in this judicial district, and has caused damages to Plaintiff in
8  this district.  Defendant' actions within this district directly interfere with and
9  damage Plaintiff's commercial efforts and endeavors and harms Plaintiffs'
10  goodwill within this Venue.

11  <center>**GENERAL ALLEGATIONS**</center>
12  <center>**Plaintiff and its Well-Known Fitness Products and Programs**</center>

13       9.    Plaintiff is a health, wellness and fitness company involved in, among
14  other things, the creation and licensing of Zumba® fitness programs that blend
15  international music with dance steps to form the exceedingly popular Zumba®
16  "fitness-party." Plaintiff's business encompasses the production, sale and licensing
17  of its Zumba® brand programs, fitness DVDs, fitness products, and fitness apparel,
18  including its famous Zumba® DVDs, Zumba® Toning Sticks and Zumba®
19  apparel.  Plaintiff's Zumba® branded products and services have achieved great
20  success. Since its inception in 2001, the Zumba® Fitness has grown to become the
21  world's largest – and most successful – dance fitness program with more than 12
22  million people taking weekly Zumba® classes in over 110,000 locations across
23  more than 125 countries.

24       10.    Plaintiff's Zumba® classes, including the Zumba® "fitness party,"
25  Zumba Gold®, Zumba® Toning, Aqua Zumba®, and Zumbatomic® fitness
26  classes, are offered throughout the world, across the United States, and in this
27  judicial district. Additionally, Plaintiff has embodied its program in a popular
28  Zumba® Fitness video game available on the Kinect, Nintendo Wii and Sony

1  Playstation Move motion interactive gaming systems. And, in 2005, Plaintiff
2  created and the Zumba Academy™ to license Zumba® Instructors and to teach
3  Zumba® classes.  Plaintiff also has a network of instructors, known as the
4  Zumba® Instructor Network, in which thousands of Californians participate –
5  hundreds of whom are in the Los Angeles county area.

6         11.  Plaintiff has spent substantial time, money and effort in developing
7  consumer recognition and awareness of its marks, copyrights and products.
8  Plaintiff has spent an enormous amount of money on print and internet advertising
9  in order to inform consumers of the benefits Plaintiff's products and services.
10 Through the extensive use of the Plaintiff's marks, Plaintiff has built up and
11 developed significant goodwill in its entire fitness product line.  A wide array of
12 newspapers, magazines and television networks has included advertising of
13 Plaintiff's products, which are immediately identified by Plaintiff's marks and
14 have featured full length articles describing both the popularity and benefits of the
15 Zumba Fitness® products, apparel and programs. Theses periodicals and new
16 media outlets have included, *The Washington Post, CNN, The New York Times,*
17 *Shape Magazine, The Wall Street Journal, Redbook, Time Magazine, Readers*
18 *Digest, The London Times, Reuters, SELF Magazine, Cosmopolitan Magazine,*
19 *Variety Magazine* as well as many others.

20        12.  Plaintiff is also heavily involved in and uses its popularity to pursue
21 charitable a socially beneficial goals. For example, small support groups at Zumba
22 classes across the country started organizing Zumbathon® charity events to raise
23 money for breast cancer and other worthy causes. Over 1,200 of these charity
24 events have already occurred, about one hundred of which have occurred in
25 California.  The numbers grew so high that Plaintiff itself instituted a formal
26 campaign of Party in Pink™ Zumbathon® charity events, with more than 725
27 events (so far), seeking to raise awareness of breast cancer and funding for the
28 pursuit of a cure.  Plaintiff also started a campaign of Party Hearty™ Zumbathon®

1 charity events with the American Heart Association, seeking to raise awarness of
2 heart disease, with hundreds of events in the works and over 400 already having
3 taken place.

4     13.   As a result of Plaintiff's efforts, the quality of Plaintiff's products, the
5 high degree of promotion and the quality and popularity of the Zumba® products
6 and classes, the Zumba® marks and the Zumba® fitness DVDs, products, and
7 services have been prominently placed in the minds of the public.  Consumers,
8 purchasers and the members of the public have become familiar with the Plaintiff's
9 intellectual property, fitness DVDs, fitness programs and other products and
10 services, and have come to recognize the Zumba® marks, products and services
11 and associate them exclusively with Plaintiff – Plaintiff has acquired a valuable
12 reputation and goodwill among the public as a result of such association.  Indeed,
13 the Zumba® marks are famous in the United States.

14     14.   In addition to the above, Plaintiff also owns or otherwise controls
15 copyrights in and related to their Zumba® fitness products, programs and services.
16 Plaintiff's rights protect the entirety of the Zumba DVDs and the entirety of the
17 creative elements embodied in Zumba® fitness products, programs and services.

18     15.   While Plaintiff has gained significant common law trademark and
19 other rights in its Zumba® products and services through its use, advertising and
20 promotion, Plaintiff has also protected its valuable rights by filing for and
21 obtaining federal trademark and copyright registrations.

22     16.   Plaintiff owns the following United States Trademark Registrations
23 for Zumba® and their "Zumba" related marks: U.S. Reg. Nos. 3244094
24 (Registered May 22, 2007); 3799511 (Registered June 8, 2010); 3799050
25 (Registered June 8, 2010); 3501639 (Registered September 16, 2008); 3452926
26 (Registered June 24, 2008); 3452872 (Registered June 24, 2008); 3435705
27 (Registered May 27, 2008); 3296721 (Registered September 25, 2007); and
28

1  3618757 (Registered May 12, 2009). These are attached hereto as Exhibits "A"-
2  "I."

3      17.    Plaintiff also has several marks related to its Zumba® products and
4  services, pending registration, having the following United States Trademark Serial
5  Numbers: 85238076; 85178051; 85207043; 85114273; 83131063; 85131208;
6  7770898; and 77497774.

7      18.    Plaintiff also owns several United States Copyright Registrations
8  relating to its Zumba ® fitness DVDs and fitness products, including the Copyright
9  Registrations with the following registration numbers: SR0000646122 (Registered
10 June 10, 2010); SR0000646123 (Registered June 10, 2010); SR0000646121
11 (Registered June 10, 2010); VA0001654875 (Registered March 3, 2009);
12 PA0001634065 (Registered May 15, 2009); SR0000646124 (Registered June 10,
13 2010); VA0001724930 (Registered July 14, 2009). Certificates of Registration for
14 each these Copyrights are attached hereto as Exhibits "J"-"P."

15     19.    Plaintiff also has copyrights in numerous other works related to its
16 DVD products and other services and products, many of which are pending in
17 applications for copyright with the U.S. Copyright Office.    The relevant
18 application numbers are 1-571711041; 1-571665911; 1-549820239; 1-543235826;
19 1-542664272;  1-542663792;  1-542663692;  1-540928432;  1-540593549;  1-
20 540534516;  1-540533909;  1-540533662;  1-540061825;  1-539956577;  1-
21 539534922;  1-539534655;  1-539484198;  1-539484171;  1-539484012;  1-
22 539199342;  1-538175327;  1-538175656;  1-538150545;  1-537165969;  1-
23 524224861; and 1-453233831.

24     20.    Plaintiff has never authorized or consented to Defendant' use of
25 Plaintiff's Zumba® or other Trademarks, its copyrights or any confusingly similar
26 marks, colorable imitations, or copied or derivative works by Defendant.
27 / / /
28 / / /

**Defendant' Wrongful and Infringing Conduct**

21.    Particularly in light of the success of Plaintiff and Plaintiff's products as well as the reputation they have gained, Plaintiff and its products have become targets for unscrupulous individuals and entities who wish to take a free ride on both the goodwill, reputation and fame Plaintiff has spent considerable effort and resources to build up in its marks, products and services.

22.    A large number of these individuals and entities deal in unauthorized services, including distributing Zumba® Instructor Network materials along with teaching unlicensed Zumba® classes, including the Zumba® "fitness party," Zumba Gold®, Zumba® Toning, Aqua Zumba®, and Zumbatomic® fitness classes.

23.    Defendant has been engaged in the unauthorized teaching, marketing, selling and offering to sell Zumba® classes, posing as a licensed Zumba® instructor, and has advertised, marketed, distributed and sold products bearing unauthorized Zumba's® registered trademarks and copyrighted materials.

24.    In June 2011, Plaintiff discovered that Mr. Rojas was posing as a licensed Zumba instructor and offering Zumba® fitness classes to consumer. Upon information and believe, in or before May 2011, Mr. Rojas began conducting is unlicensed classes at least at a Tae Kwon Do studio and, in May 2011, was informed that he could not teach without a license on at least one occasion.

25.    Mr. Rojas' deceptive conduct causes great concern to Plaintiff because, by not obtaining the proper training and licensing to become a Zumba® instructor, Mr. Rojas' infringing activities deprive licensees of jobs and may lead to his causing injuries to innocent consumers because of his failure to obtain proper training.   The journey to becoming a licensed Zumba® instructor, depending on the various levels of expertise and qualifications sought, entails substantial training and practice.   There are special training for instructors working with children and

1    the elderly.  Without this requisite training, Mr. Rojas poses a threat and harm to
2    his deceived customers.

3         26.    On May 18, 2011, in its ongoing investigation, Plaintiff's investigator
4    searched the website www.facebook.com for Eddie Rojas. The investigator sent a
5    message to Mr. Rojas regarding the Zumba® classes that he offers and inquired as
6    to the schedule of classes for that particular month. A true and correct copy of the
7    messages exchanged between Plaintiff's investigator and Defendant through
8    www.facebook.com is attached hereto as Exhibit "Q."

9         27.    On May 18, 2011, Plaintiff's investigator received a message from
10   Mr. Rojas, wherein he indicated that he has classes every day at different times and
11   at two different locations: (1) Empire Lounge, located at 117 Euclid Avenue,
12   Ontario, California; and (2) Tae Kwon Do Institute, located at 2246 South
13   Mountain Avenue, Ontario, California. True and correct copies of the images of
14   some illegal conduct at the latter facility are attached hereto as Exhibit "R."

15        28.    On June 9, 2011, Plaintiff's investigator received a telephone call
16   from Mr. Rojas from (909) 203-8001. During the telephone conversation, Mr.
17   Rojas reiterated the days, times, locations, and prices for the Zumba® classes he
18   was offering.

19        29.    On June 14, 2011, Plaintiff's investigators traveled to 2244 South
20   Mountain Avenue in the City of Ontario, California. Directly outside of the
21   location was an banner advertisement for the Zumba® classes offered by Mr.
22   Rojas. Once inside the location, the investigators came into contact with an
23   individual who identified himself as Eddie Rojas. Mr. Rojas engaged in
24   conversation with Plaintiff's investigators and during the conversation stated the
25   price for the Zumba® class along with handing over a contract to the investigators
26   to sign in case of serious injury. Furthermore, Mr. Rojas indicated that he began
27   teaching Zumba® classes around 4-6 months prior. He then proceeded with the
28   one hour class session. At the end of the session, he indicated to the investigators

1    that he is a certified Zumba® instructor, and handed them an official flier with his

2    information and Zumba® and Zumba Fitness® marks. A true and correct copy of

3    the flyer is attached hereto as Exhibit "S."

4        30.    On June 30, 2011, Plaintiff personally served Mr. Rojas a formal

5    cease and desist letter, alleging various violations of Plaintiff's Marks and

6    Copyrights. Moreover, Plaintiff requested that Mr. Rojas do the following: (1)

7    Immediately cease and desist conducting unlawful activities and to advise his

8    customers of his unlawful activities, including those customers who plan to attend

9    a Zumba® class that he has marketed and sold tickets for; (2) Immediately remove

10   from all electronic or other media, all use of Plaintiff's intellectual property and to

11   commit in writing to destroy all printed media referring to Plaintiff's Zumba®

12   brand; and (3) to disgorge for distribution to other licensed, local instructors all

13   profits made from his unauthorized Zumba® classes. A true and correct copy of

14   the June 30, 2011, letter sent by Plaintiff to Defendant is attached hereto as Exhibit

15   "T."

16       31.    Also on June 30, 2011, Mr. Rojas engaged in a telephone conference

17   with Plaintiff's Corporate Counsel, Mr. Jeffrey Gottlieb. Mr. Gottlieb restated to

18   Mr. Rojas the allegations and demands in the cease and desist letter. Mr. Rojas

19   admitted his infringing activities, representing that he would cease posing as a

20   licensed Zumba® instructor, represented that he would register for a Zumba®

21   instructor training, and expressed a desire not to disgorge his ill-gotten profits to

22   licensed Zumba® instructors in the geographic area.  On July 1, 2011, Mr. Rojas

23   spoke with Mr. Gottlieb a second time.  On this call, Mr. Rojas acknowledged

24   receipt of Plaintiff's cease and desist letter and again admitted his unlawful

25   conduct.

26   / / /

27       32.    Thereafter, Mr. Rojas stopped communicating with Plaintiff and failed

28   to register for a training to become a licensed Zumba® instructor or to otherwise

1  respond to Plaintiff's communications or live up to his representations that he

2  wanted to resolve the matter of his illegal conduct.

3      33.    By these misrepresentations and, on information and belief, Defendant

4  violated and continues to violate Plaintiff's exclusive rights in its copyrighted and

5  trademarked materials, goods and services, and use images and marks that are

6  confusingly similar to, identical to, and/or constitute illegal reproductions of

7  Plaintiff's trademarks to confuse consumers and aid in the promotion and sales of

8  his unauthorized fitness classes.  Defendant' infringing conduct began long after

9  Plaintiff's adoption and use of its Zumba® trademarks, after Plaintiff obtained the

10  copyright and trademark registrations alleged above, and after Plaintiffs marks

11  became famous.  Indeed, Defendant had knowledge of Plaintiff's ownership of the

12  marks, and of the fame in such marks, prior to the actions alleged herein, and

13  adopted them in bad faith and with an intent to cause confusion, tarnish, and dilute

14  Plaintiff's marks and copyrighted products.  Neither Plaintiff nor any authorized

15  agents have consented to Defendant' use of Plaintiff's Zumba® trademarks or

16  copyrights in the manner complained of here.

17      34.    Defendant' actions were committed in bad faith and with the intent to

18  dilute Plaintiff's marks, and to cause confusion and mistake, and to deceive the

19  consuming public and the public at large as to the source, sponsorship and/or

20  affiliation of Defendant, and/or Defendant' unauthorized services. By its wrongful

21  conduct, Defendant have traded upon and diminished Plaintiff's goodwill.

22      35.    In committing these acts, Defendant have, among other things,

23  willfully and in bad faith committed the following acts, all of which have and will

24  continue to cause irreparable harm to Plaintiff: (i) infringed, tarnished, and diluted

25  Plaintiff's rights in the Zumba® marks; (ii) infringed Plaintiff's copyrights; (iii)

26  misled the public into believing there is an association or connection between

27  Defendant and Plaintiff and/or the services advertised and sold by Defendant and

28  Plaintiff; (iv) used false designations of origin on or in connection with its goods

1   and services; (v) committed unfair competition; and (vi) unfairly profited from
2   such activity. Unless enjoined, Defendant will continue to cause irreparable harm
3   to Plaintiffs.

4               **FIRST CAUSE OF ACTION**
5   **(Infringement of Registered Trademarks Against EDDIE ROJAS, and Does**
6                        **1-10, Inclusive)**
7               **[15 U.S.C. §1114/Lanham Act §32(a)]**

8       36.    Plaintiff repeats and re-alleges every allegation set forth in Paragraphs
9   1-35.

10      37.    Plaintiff has continuously used its ZUMBA® trademark in interstate
11  commerce since at least as early as July 31, 2001.

12      38.    Plaintiff, as the owner of all right, title and interest in and to these
13  trademarks, has standing to maintain an action for trademark infringement under
14  the U.S. Trademark Statute 15 U.S.C. §1114.

15      39.    Defendant is and at the time of his actions complained of herein was
16  actually aware that Plaintiff is the registered trademark holder of these Zumba®
17  marks. (*See* Exhibits "A" – "I").

18      40.    Defendant did not and failed to obtain the consent or authorization of
19  Plaintiff as the registered owner of the marks to deal in and commercially
20  distribute, market and sell Zumba® services, including teaching, marketing and
21  advertising Zumba® classes.

22      41.    Defendant intentionally and knowingly used in commerce the
23  reproductions, copies, and/ or colorable imitations of Plaintiff's asserted marks in
24  connection with the sale, offering for sale, distribution, or advertising of
25  Defendant's services by offering, advertising, promoting, retailing, selling, and
26  distributing materials bearing the Zumba® marks.

27      42.    Defendant reproduced, copied, and colorably imitated Plaintiff's
28  registered Zumba® marks and applied such reproductions, copies, or colorable

1 | imitations to labels, signs, prints, packages, wrappers, receptacles and/or
2 | advertisements intended to be used in commerce upon or in connection with the
3 | sale, offering for sale, distribution, and/or advertising of services.

4 |      43.   Defendant's egregious and intentional use and sale of items and
5 | services bearing Plaintiff's trademarks is likely to cause confusion, or to cause
6 | mistake, or to deceive, mislead, betray, and defraud consumers who believe that
7 | Defendant's items and services are authorized by Plaintiff.

8 |      44.   Defendant's acts have been committed with knowledge of Plaintiff's
9 | exclusive rights and goodwill in the marks, as well as with bad faith and the intent
10 | to cause confusion or to cause mistake and to deceive.

11 |      45.   Plaintiff has suffered and will continue to suffer substantial and
12 | irreparable injury, loss and damage to its rights in and to the Zumba® marks and
13 | the goodwill associated therewith, for which it has no adequate remedy at law; thus
14 | Plaintiff requests injunctive relief.

15 |      46.   Defendant's continued and knowing use of Plaintiff's asserted marks
16 | without Plaintiff's consent or authorization constitutes intentional infringement of
17 | Plaintiff's federally registered trademarks in violation of Section 32 of the *Lanham*
18 | *Act*, 15 *U.S.C.* §1114. Based on such conduct, Plaintiff is entitled to injunctive
19 | relief as well as monetary damages, and other remedies provided by section 1116,
20 | 1117, and 1118, including Defendant's profits, treble damages, reasonable
21 | attorneys' fees, costs, statutory damages and/or prejudgment interest.

22 | / / /
23 | / / /
24 |
25 |
26 |
27 |
28 |

**SECOND CAUSE OF ACTION**

**(Federal Copyright Infringement Against EDDIE ROJAS, and Does 1-10,**

**Inclusive)**

**[17 U.S.C. §501(a)]**

47.   Plaintiff repeats and re-alleges every allegation set forth in Paragraphs 1-46.

48.   Plaintiff is the exclusive owner of copyrights in and related to its Zumba® products and services and possesses copyright registrations with the United States Copyright Office relating to the same, including U.S. Copyright Registration Numbers SR0000646122; SR000064123; SR0000646121; VA0001654875; PA0001634065; SR0000646124; and VA0001724930.   (*See* Exhibits J-P).

49.   Defendant did not seek and failed to obtain Plaintiff's consent or authorization to utilize, manufacture, reproduce, copy, display, prepare derivative works, distribute, sell, transfer, rent, perform, and/or market Plaintiff's copyright-protected materials.

50.   Without permission, Defendant intentionally and knowingly reproduced, copied, displayed, and/or manufactured Plaintiff's protected works by offering, advertising, promoting, retailing, selling, Zumba® services which are at a minimum substantially similar to Plaintiff's copyright protected works.

51.   Defendant's acts as alleged herein, constitute infringement of Plaintiff's copyrights, including Plaintiff's exclusive rights to reproduce, distribute and/or sell such protected material.

52.   Defendant's knowing and intentional copyright infringement as alleged herein has caused and will continue to cause substantial and irreparable harm to Plaintiff and has and will continue to cause damage to Plaintiff.   Plaintiff is therefore entitled to injunctive relief, actual damages, statutory damages, Defendant's profits, and reasonable attorney's fees and costs.

**THIRD CAUSE OF ACTION**

**(False Designation of Origin & Unfair Competition Against EDDIE ROJAS, and Does 1-10, Inclusive)**

**[15 U.S.C. §1125(a)/Lanham Act §43(a)]**

53.   Plaintiff repeats and re-alleges every allegation set forth in Paragraphs 1-52.

54.   Plaintiff, as the owner of all common law right, title, and interest in and to the Zumba® marks, has standing to maintain an action for false designation of origin and unfair competition under the Federal Trademark Statute, Lanham Act section 43(a) (15 U.S.C. §1125). Plaintiff's asserted marks are fanciful, inherently distinctive and/or have acquired distinctiveness.

55.   Defendant has without authorization, on or in connection with its goods and services, used in commerce marks that are confusingly similar to the asserted marks, and/or has made false designations of origin which are likely to cause confusion or cause mistake or to deceive as to the affiliation, connection or association of Defendant with Plaintiff, and/or as to the origin, sponsorship or approval of Defendant's goods or services or commercial activities.

56.   Defendant's conduct described above violates the Lanham Act, and Defendant has unfairly competed with and injured and, unless immediately restrained, will continue to injure Plaintiff, causing damage to Plaintiff in an amount to be determined at trial, and will cause irreparable injury to Plaintiff's goodwill and reputation associated with the value of Plaintiff's mark.

57.   On information and belief, the conduct of Defendant has been knowing, deliberate, willful, intended to cause confusion, or to cause mistake or to deceive and in blatant disregard of Plaintiff's rights.

///

58.   Defendant knew or by the exercise of reasonable care should have known that his adoption and commencement of use in commerce and continuing

1  use of marks that are confusingly similar to Plaintiff's asserted marks would cause

2  confusion, mistake, or deception among purchasers, users and the public.

3      59.   Defendant's egregious and intentional use and sale of Plaintiff's

4  asserted marks unfairly competes with Plaintiff and is likely to cause confusion,

5  mistake, or to deceive, mislead, betray, and defraud consumers to believe that the

6  Defendant was a genuine certified Zumba® instructor.

7      60.   Defendant's continuing and knowing use of Plaintiff's asserted marks

8  constitutes false designation of origin and unfair competition in violation of

9  Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a), causing Plaintiff to suffer

10  substantial and irreparable injury for which it has no adequate remedy at law.

11      61.   Defendant's wrongful conduct has permitted or will permit it to make

12  substantial sales and profits on the strength of Plaintiff's marketing, advertising,

13  sales and consumer recognition.  As a direct and proximate result of Defendant's

14  wrongful conduct, as alleged herein, Plaintiff has been and will be deprived of

15  sales of its Zumba® services in an amount as yet unknown but to be determined at

16  trial, and has been deprived and will be deprived of the value of its marks as

17  commercial assets in an amount as yet unknown but to be determined at trial.

18  Plaintiff seeks damages and an accounting of Defendant's profits, and requests that

19  the Court grant Plaintiff three times that amount in the Court's discretion.

20      62.   Based on Defendant's wrongful conduct, Plaintiff is entitled to

21  injunctive relief as well as monetary damages, and other remedies as provided by

22  the Lanham Act, including Defendant's profits, treble damages, reasonable

23  attorneys' fees, costs and prejudgment interest.

24  / / /

25  / / /

26

27

28

# FOURTH CAUSE OF ACTION

## (Fraud – Intentional Misrepresentation Against EDDIE ROJAS, and Does 1-10, Inclusive)

63.     Plaintiff repeats and re-alleges every allegation set forth in Paragraphs 1-62.

64.     In representing to consumers that Defendant is a certified Zumba® instructor, Defendant knew consumers and especially Plaintiff would comprehend that statement to represent that Defendant Rojas was in fact, a certified Zumba® instructor who had obtained the required training and certification from Plaintiff to teach Zumba® Fitness classes.

65.     In addition, Defendant's false misrepresentations were used as a tool to induce consumers to purchase and attend Zumba® classes taught by Defendant, specifically at two different locations.

66.     Further, Defendant knew, when inducing consumers to join and/or participate in his classes that he was not a certified Zumba® instructor.

67.     Further, in representing to the consuming public that he was a certified Zumba® instructor, Defendant misrepresented the true facts, which were that he was not a certified Zumba® instructor; his classes were shams or designed for his pecuniary benefit.

68.     In representing the above to consumers and Plaintiff as herein above alleged, Defendant knew them to be untrue.

69.     As a result of Defendant's fraud and deceit as stated herein, Plaintiff and the consuming public were exposed to Defendant's control and undue influence without his knowledge or consent.

70.     The true facts were that said Defendant, individually and/or by and through his authorized agents, intended to induce Plaintiff's and the public's reliance on his false statements and advertisements, in order to further his own pecuniary interests at the expense of Plaintiff.

71. The consuming public reasonably relied on Defendant's false statements, believing that Defendant was a certified Zumba® instructor and paid for and attended his fitness classes, as Defendant had induced them to do so.

72. Plaintiff's and the public's reliance on Defendant's statements has caused injury in an amount according to proof, including inter alia lost profits and lost customers.

73. By virtue of the foregoing, Defendant's conduct was malicious and oppressive, and was committed intentionally and in conscious disregard of the rights of and perils to the Plaintiff.

## FIFTH CAUSE OF ACTION

### (Dilution Against EDDIE ROJAS, and Does 1-10, Inclusive)

### [15 U.S.C. §1125(c)]

74. Plaintiff repeats and re-alleges every allegation set forth in Paragraphs 1-73.

75. Plaintiff's asserted marks are distinctive and famous within the meaning of the Lanham Act.

76. Upon information and belief, Defendant's unlawful actions began long after Plaintiff's mark became famous, and Defendant acted knowingly, deliberately and willfully with the intent to trade on Plaintiff's reputation and to dilute Plaintiff's asserted marks. Defendant's conduct is willful, wanton and egregious.

77. Defendant's intentional advertisement, marketing, and sale of services bearing Plaintiff's marks are likely to cause confusion, mistake, or to deceive, mislead, betray, and defraud consumers to believe that Defendant was a genuine certified Zumba® instructor. The actions of Defendant complained of herein have diluted and will continue to dilute Plaintiff's asserted and other marks, and are likely to impair the distinctiveness, strength and value of Plaintiff's marks, and injure the business reputation of Plaintiff and its marks.

78.     Defendant's acts have caused and will continue to cause Plaintiff irreparable harm.  Plaintiff has no adequate remedy at law to compensate it fully for the damages that have been caused and which will continue to be caused by Defendant' unlawful acts, unless they are enjoined by this Court.

79.     As the acts alleged herein constitute a willful violation of section 43(c) of the Lanham Act, 15 U.S.C. section 1125(c), Plaintiff is entitled to injunctive relief as well as monetary damages and other remedies provided by 15 U.S.C. §§1116, 1117, 1118, and 1125(c), including Defendant' profits, actual and statutory damages, reasonable attorney's fees, costs and prejudgment interest.

## SIXTH CAUSE OF ACTION

**(Unlawful, Unfair, Fraudulent Business Practices Against EDDIE ROJAS, and Does 1-10, Inclusive)**

**[*California Business & Professions Code* §17200 *et seq.*]**

80.     Plaintiff repeats and re-alleges every allegation set forth in Paragraphs 1-79.

81.     By marketing, advertising, promoting, selling and/or otherwise dealing in Zumba® services, Defendant has engaged in unfair competition including unlawful, unfair and fraudulent business practices in violation of the California Business and Professions Code §17200 *et seq.*

82.     Defendant's marketing, advertising, promoting, selling and/or otherwise dealing in the Zumba® services is in violation and derogation of Plaintiff's rights and is likely to cause confusion, mistake and deception among consumers and the public as to the source, origin, sponsorship, or quality of the goods of Defendant, thereby causing loss, damage and injury to Plaintiff and to the purchasing public.  Defendant's conduct was intended to cause such loss, damage and injury.

83.     Defendant knew or by the exercise of reasonable care should have known that his marketing, advertising, promoting, selling and/or otherwise dealing

1  in unauthorized services would cause confusion mistake or deception among

2  purchasers, users and the public.

3      84.   By marketing, advertising, promoting, selling and/or otherwise

4  dealing in and their continuing marketing, advertising, promoting, selling and/or

5  otherwise dealing in unauthorized services of Plaintiffs marks, Defendant intended

6  to and did induce and intends to and will induce customers to purchase his services

7  by trading off the extensive goodwill built up by Plaintiff's in its marks.

8      85.   Upon information and belief, the conduct of Defendant has been

9  knowing, deliberate, willful, intended to cause confusion, or to cause mistake or to

10  deceive, and in disregard of Plaintiff's rights.

11      86.   Defendant's wrongful conduct, as alleged above, has permitted and

12  will permit him to make substantial sales and profits on the strength of Plaintiff's

13  nationwide marketing, advertising, sales and consumer recognition.  As a direct

14  and proximate result of Defendant's wrongful conduct, as alleged herein, Plaintiff

15  has been and will be deprived of substantial sales of its products and services in an

16  amount as yet unknown but to be determined at trial, and has been and will be

17  deprived of the value of its trademarks as commercial assets, in an amount as yet

18  unknown but to be determined at trial.  Plaintiff seeks restitution in this matter,

19  including an order granting Defendant's profits stemming from its infringing

20  activity, and its actual and/or compensatory damages.

21      87.   Plaintiff has no adequate remedy at law for Defendant's continuing

22  violation of its rights set forth above.  Plaintiff seeks injunctive relief.

23      88.   Plaintiff further requests a court order that an asset freeze or

24  constructive trust be imposed over all monies and assets in Defendant's possession

25  which rightfully belong to Plaintiff.

26  / / /

27  / / /

28

1

**SEVENTH CAUSE OF ACTION**

2

**(Unfair Competition Against EDDIE ROJAS, and Does 1-10, Inclusive)**

3

**[California Common Law]**

4      89.    Plaintiff repeats and re-alleges every allegation set forth in Paragraphs

5  1-88.

6      90.    By marketing, advertising, promoting, selling and/or otherwise

7  dealing in authorized Zumba® services, Defendant has engaged in unfair

8  competition including unlawful, unfair and fraudulent business practices in

9  violation of the common law of the State of California.

10     91.    Defendant's marketing, advertising, promoting, selling and/or

11  otherwise dealing in the unauthorized Zumba® services is in violation and

12  derogation of Plaintiff's rights and is likely to cause confusion, mistake and

13  deception among consumers and the public as to the source, origin, sponsorship, or

14  quality of the goods of Defendant, thereby causing loss, damage and injury to

15  Plaintiff and to the purchasing public.  Defendant's conduct was intended to cause

16  such loss, damage and injury.

17     92.    Defendant knew or by the exercise of reasonable care should have

18  known that his marketing, advertising, promoting, selling and/or otherwise dealing

19  in and their continuing marketing, advertising, promoting, selling and/or otherwise

20  dealing in unauthorized services would cause confusion mistake or deception

21  among purchasers, users and the public.

22     93.    By marketing, advertising, promoting, selling and/or otherwise

23  dealing in and their continuing marketing, advertising, promoting, selling and/or

24  otherwise dealing in unauthorized services of Plaintiffs marks and copyrights,

25  Defendant intended to and did induce and intends to and will induce customers to

26  purchase its services and products by trading off the extensive goodwill built up by

27  Plaintiff's in its marks.

28  / / /

94.    Upon information and belief, the conduct of Defendant has been knowing, deliberate, willful, intended to cause confusion, or to cause mistake or to deceive, and in disregard of Plaintiff's rights.

95.    Defendant's wrongful conduct, as alleged above, has permitted and will permit him to make substantial sales and profits on the strength of Plaintiff's nationwide marketing, advertising, sales and consumer recognition, all of which Plaintiff invested substantial time and effort to create and protect.  As a direct and proximate result of Defendant's wrongful conduct, as alleged herein, Plaintiff has been and will be deprived of substantial sales of its products and services in an amount as yet unknown but to be determined at trial, and has been and will be deprived of the value of its trademarks as commercial assets, in an amount as yet unknown but to be determined at trial.   Plaintiff seeks an order granting Defendant's profits stemming from his infringing activity, and his actual and/or compensatory damages.

96.    Plaintiff has no adequate remedy at law for Defendant's continuing violation of its rights set forth above.  Plaintiff seeks preliminary and permanent injunctive relief.

97.    Plaintiff seeks exemplary or punitive damages for Defendant's intentional misconduct.

## EIGHTH CAUSE OF ACTION

**(Unjust Enrichment Against EDDIE ROJAS, and Does 1-10, Inclusive)**

98.    Plaintiff repeats and re-alleges every allegation set forth in Paragraphs 1-97.

99.    By virtue of the egregious and illegal acts of Defendant as described above, Defendant has been unjustly enriched in an amount to proven at trial.

100.  Defendant's retention of monies gained through its deceptive business practices, infringement, and otherwise would serve to unjustly enrich Defendant and would be contrary to the interests of justice.

1    **WHEREFORE,** Plaintiff ZUMBA FITNESS, LLC, prays for judgment

2    against Defendant EDDIE ROJAS, and Does 1-10, inclusive, and each of them, as

3    follows:

4        A. For an award of Defendant's profits and Plaintiff's damages in an amount

5           to be proven at trial for trademark infringement under 15 U.S.C.

6           §1114(a);

7        B. For an award of Defendant's profits and Plaintiff's damages in an amount

8           to be proven at trial for copyright infringement under 17 U.S.C. §501(a);

9        C. For an award of Defendant's profits and Plaintiff's damages in an amount

10          to be proven at trial for false designation of origin and unfair competition

11          under 15 U.S.C. §1125(a);

12       D. For an award of Defendant's profits and Plaintiff's damages in an amount

13          to be proven at trial for trademark dilution under 15 U.S.C. §1125(c);

14       E. For restitution in an amount to be proven at trial for unfair, fraudulent

15          and illegal business practices under *Business and Professions Code*

16          §17200;

17       F. For damages to be proven at trial for common law unfair competition;

18       G. For temporary, preliminary and permanent injunctive relief from this

19          Court prohibiting Defendant from engaging or continuing to engage in

20          the unlawful, unfair, or fraudulent business acts or practices described

21          herein, including the advertising and/or dealing in any unauthorized

22          services; the unauthorized use of any mark, copyright or other intellectual

23          property right of Plaintiff; acts of trademark infringement or dilution; acts

24          of copyright infringement; false designation of origin; unfair competition;

25          and any other act in derogation of Plaintiff's rights;

26       H. For an order from the Court requiring that Defendant provide complete

27          accountings and for equitable relief, including that Defendant disgorge

28          and return or pay their ill-gotten gains obtained from the illegal

transactions entered into and or pay restitution, including the amount of monies that should have been paid if Defendant complied with their legal obligations, or as equity requires;

I. For an order from the Court that an asset freeze or constructive trust be imposed over all monies and profits in Defendant's possession which rightfully belong to Plaintiff;

J. For general and special damages in an amount to be proven at trial for fraud and intentional misrepresentation;

K. For damages in an amount to be proven at trial for unjust enrichment;

L. For an award of exemplary or punitive damages in an amount to be determined by the Court;

M. For Plaintiff's reasonable attorney's fees;

N. For all costs of suit;

O. For such other and further relief as the Court may deem just and equitable.

## DEMAND FOR JURY TRIAL

Plaintiff ZUMBA FITNESS, LLC, respectfully demands a trial by jury in this action.

DATED: July 20, 2011                    JOHNSON & PHAM, LLP

By: _____
       Christopher D. Johnson, Esq.
       Christopher Q. Pham, Esq.
       Marcus F. Chaney, Esq.
       Ani Sakalian, Esq.
       Jason R. Vener, Esq.
       Attorneys for Plaintiff
       ZUMBA FITNESS, LLC

- 24 -
**COMPLAINT FOR DAMAGES**

EXHIBIT A

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

United States Patent and Trademark Office

Reg. No. 3,244,094
Registered May 22, 2007

SERVICE MARK
PRINCIPAL REGISTER

# ZUMBA

ZUMBA PRODUCTIONS, LLC (DELAWARE CORPORATION)
1688 NE 205 TERRACE
MIAMI, FL 33179

FOR: EDUCATION SERVICES, NAMELY, PROVIDING CLASSES IN THE FIELD OF DANCE AND EXERCISE, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 6-1-2002; IN COMMERCE 6-1-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,046,534.

SER. NO. 78-780,755, FILED 12-26-2005.

MARGERY A. TIERNEY, EXAMINING ATTORNEY

# EXHIBIT B

# United States of America
## United States Patent and Trademark Office

# AQUA ZUMBA

**Reg. No. 3,799,511**

**Registered June 8, 2010**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

ZUMBA FITNESS, LLC (FLORIDA LIMITED LIABILITY COMPANY)
3801 N. 29TH AVE.
HOLLYWOOD, FL 33315

FOR: EDUCATIONAL SERVICES, NAMELY, PROVIDING CLASSES AND INSTRUCTION IN THE FIELDS OF AQUATIC DANCE FITNESS AND EXERCISE, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-3-2009; IN COMMERCE 9-3-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,244,094, 3,435,705 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AQUA", APART FROM THE MARK AS SHOWN.

SER. NO. 77-876,774, FILED 11-19-2009.

WON TEAK OH, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

EXHIBIT C



# United States of America
## United States Patent and Trademark Office

# ZUMBATOMIC

**Reg. No. 3,799,050**
**Registered June 8, 2010**

ZUMBA FITNESS, LLC (FLORIDA LIMITED LIABILITY COMPANY)
3801 N. 29TH AVE.
HOLLYWOOD, FL 33020

**Int. Cl.: 41**

FOR: EDUCATION SERVICES, NAMELY, PROVIDING CLASSES AND INSTRUCTION IN THE FIELD OF DANCE FITNESS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

**SERVICE MARK**

FIRST USE 9-3-2009; IN COMMERCE 9-3-2009.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,244,094, 3,501,639 AND OTHERS.

SER. NO. 77-846,925, FILED 10-12-2009.

WON TEAK OH, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# EXHIBIT D

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

## United States Patent and Trademark Office

Reg. No. 3,501,639

Registered Sep. 16, 2008

### TRADEMARK
### PRINCIPAL REGISTER

# ZUMBATOMIC

ZUMBA FITNESS, LLC (FLORIDA LIMITED LIABILITY COMPANY)
3801 NORTH 29TH AVENUE
HOLLYWOOD, FL 33020

FOR: DIGITAL MEDIA, NAMELY, PRE-RECORDED VIDEO CASSETTES, DIGITAL VIDEO DISCS, DIGITAL VERSATILE DISCS, DOWNLOADABLE AUDIO AND VIDEO RECORDINGS, DVDS, AND HIGH DEFINITION DIGITAL DISKS FEATURING PHYSICAL FITNESS AND DANCE EXERCISE INSTRUCTION FOR CHILDREN, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-1-2007; IN COMMERCE 11-1-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,046,534, 3,296,721 AND OTHERS.

SER. NO. 77-397,180, FILED 2-14-2008.

JESSICA A. POWERS, EXAMINING ATTORNEY

EXHIBIT E

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

United States Patent and Trademark Office

Reg. No. 3,452,926
Registered June 24, 2008

## TRADEMARK
## PRINCIPAL REGISTER



ZUMBA FITNESS LLC (FLORIDA LTD LIAB CO)
3801 NORTH 29TH AVENUE
HOLLYWOOD, FL 33020

FOR: PRE-RECORDED CDS, VIDEO TAPES, LA-SER DISKS AND DVDS FEATURING PHYSICAL FITNESS AND EXERCISE INSTRUCTION; VIDEO RECORDINGS FEATURING PHYSICAL FITNESS AND EXERCISE INSTRUCTION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-31-2001; IN COMMERCE 10-31-2001.

OWNER OF U.S. REG. NOS. 3,046,534, 3,296,721 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FITNESS", APART FROM THE MARK AS SHOWN.

THE COLOR(S) GREEN AND BLACK IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE COLOR BLACK APPEARS IN THE WORD-ING "ZUMBA FITNESS" AND IN THE STICK FIGURE DESIGN, AND THE COLOR GREEN AP-PEARS IN THE CIRCULAR BACKGROUND BE-HIND THE STICK FIGURE.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS FAST.

SER. NO. 77-304,995, FILED 10-16-2007.

JOHN GARTNER, EXAMINING ATTORNEY

EXHIBIT F

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

## United States Patent and Trademark Office

Reg. No. 3,452,872

Registered June 24, 2008

### SERVICE MARK
### PRINCIPAL REGISTER



ZUMBA FITNESS, LLC (FLORIDA LTD LIAB CO)
3801 NORTH 29TH AVENUE
HOLLYWOOD, FL 33020

FOR: EDUCATION SERVICES, NAMELY, PRO-
VIDING CLASSES IN THE FIELD OF DANCE AND
EXERCISE, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 6-30-2002; IN COMMERCE 6-30-2002.

OWNER OF U.S. REG. NOS. 3,046,534  3,296,721
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "FITNESS", APART FROM THE
MARK AS SHOWN.

THE COLOR(S) GREEN AND BLACK IS ARE
CLAIMED AS A FEATURE OF THE MARK.

THE COLOR BLACK APPEARS IN THE WORD-
ING "ZUMBA FITNESS" AND IN THE STICK
FIGURE DESIGN, AND THE COLOR GREEN AP-
PEARS IN THE CIRCULAR BACKGROUND BE-
HIND THE STICK FIGURE.

THE FOREIGN WORDING IN THE MARK
TRANSLATES INTO ENGLISH AS FAST.

SER. NO. 77-302,232, FILED 10-11-2007.

JOHN GARTNER, EXAMINING ATTORNEY

EXHIBIT G

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

United States Patent and Trademark Office

Reg. No. 3,435,705
Registered May 27, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# Zumba Fitness

ZUMBA FITNESS, LLC (FLORIDA LTD LIAB CO)
3801 NORTH 29TH AVENUE
HOLLYWOOD, FL 33020

FOR: PRE-RECORDED CDS, VIDEO TAPES, LA-SER DISKS AND DVDS FEATURING PHYSICAL FITNESS AND EXERCISE INSTRUCTION; VIDEO RECORDINGS FEATURING PHYSICAL FITNESS AND EXERCISE INSTRUCTION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-31-2001; IN COMMERCE 10-31-2001.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,046,534, 3,296,721 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FITNESS", APART FROM THE MARK AS SHOWN.

THE ENGLISH TRANSLATION OF THE WORD "ZUMBA" IN THE MARK IS "FAST".

SER. NO. 77-301,130, FILED 10-10-2007.

JOHN GARTNER, EXAMINING ATTORNEY

EXHIBIT H

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**  Reg. No. 3,296,721
Registered Sep. 25, 2007

**SERVICE MARK**
**PRINCIPAL REGISTER**

# Zumba Gold

ZUMBA FITNESS, LLC (FLORIDA LTD LIAB CO)
1688 NE 205 TERRACE
MIAMI, FL 33179

FOR: EDUCATION SERVICES, NAMELY, PRO-
VIDING CLASSES IN THE FIELD OF DANCE AND
EXERCISE, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 1-1-2006; IN COMMERCE 11-1-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,046,534.

SER. NO. 77-065,660, FILED 12-15-2006.

DAVID COLLIER, EXAMINING ATTORNEY

# EXHIBIT I

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

United States Patent and Trademark Office

Reg. No. 3,618,757
Registered May 12, 2009

## SERVICE MARK
## PRINCIPAL REGISTER

# ZUMBATHON

ZUMBA FITNESS, LLC (FLORIDA LIMITED LIABILITY COMPANY)
3801 NORTH 29TH AVENUE
HOLLYWOOD, FL 33020

FOR: CHARITABLE FUND RAISING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-15-2006; IN COMMERCE 10-15-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-552,247, FILED 8-21-2008.

B. PARADEWELAI, EXAMINING ATTORNEY

EXHIBIT J

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## SR 646-122

Effective date of
registration:

June 10, 2010

## Title

| | |
|---|---|
| **Title of Work:** | Official 2008 Zumba Fitness Cardio Party Soundtrack |
| **Contents Titles:** | Que te Mueve |
| | Zumbando Por Un Sueno |
| | Santa Que |
| | USA Tribute |
| | Zumbalicious |
| | Alegria Pa Zumbar |
| | Baila, Menea y Goza |
| | Baila Pa Emociona |
| | Zumba Lluvia |

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** May 1, 2008    **Nation of 1st Publication:** United States

## Author

■    **Author:** Zumba Fitness, LLC

**Author Created:** sound recording, performance, production, music, lyrics

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Zumba Fitness, LLC

3801 North 29th Avenue, Hollywood, FL, 33020, United States

**Transfer Statement:** By written agreement

## Certification

Name:   Alberto Aghion
Date:   June 8, 2010



Registration #:    SR0000646122

Service Request #:  1-409363435



Zumba Fitness, LLC
Adele Harrington
Zumba Fitness, LLC
3801 North 29th Avenue
Hollywood, FL 33020  United States

EXHIBIT K

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**SR 646-123**

Effective date of
registration:

June 10, 2010

## Title

| | |
|---|---|
| Title of Work: | Party Nation, World Music by Zumba Fitness |
| Contents Titles: | This is Tha Song |
| | African Dream |
| | Cumbia Jam |
| | Zumbando Al Son |
| | Sahara Oasis |
| | Bahia Beat |
| | Baila Morena |
| | Zumba Te Suelta |
| | Argentina Querida |
| | Zumba Lluvia |

## Completion/Publication

Year of Completion: 2008

Date of 1st Publication: May 1, 2008     Nation of 1st Publication: United States

## Author

◼     Author: Zumba Fitness, LLC

Author Created: sound recording, performance, production, music, lyrics

Work made for hire: Yes

Citizen of: United States     Domiciled in: United States

## Copyright claimant

Copyright Claimant: Zumba Fitness, LLC

3801 North 29th Avenue, Hollywood, FL, 33020, United States

Transfer Statement: By written agreement

## Certification

Name:   Alberto Aghion
Date:   June 8, 2010



Registration #:   SR0000646123

Service Request #:   1-410074504



Zumba Fitness, LLC
Adele Harrington
3801 North 29th Avenue
Hollywood, FL 33020  United States

EXHIBIT L

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## SR 646-121

**Effective date of
registration:**

June 10, 2010

### Title

|  |  |
|---|---|
| Title of Work: | Vibe Tribe |
| Contents Titles: | Vamos DJ |
|  | Pa' La Discoteka a Bailar |
|  | Hecha Pa'lante |
|  | Hala |
|  | Asalto |
|  | Merehop |
|  | Sabrosura |
|  | Zumba Mami |
|  | Samba Groove |
|  | Sigue la Cumbia |

### Completion/Publication

| | | | |
|---|---|---|---|
| Year of Completion: | 2009 | | |
| Date of 1st Publication: | October 1, 2009 | Nation of 1st Publication: | United States |

### Author

| | | | |
|---|---|---|---|
| Author: | Zumba Fitness, LLC | | |
| Author Created: | sound recording, performance, production, music, lyrics | | |
| Work made for hire: | Yes | | |
| Citizen of: | United States | Domiciled in: | United States |

### Copyright claimant

| | |
|---|---|
| Copyright Claimant: | Zumba Fitness, LLC |
| | 3801 North 29th Avenue, Hollywood, FL, 33020, United States |
| Transfer Statement: | By written agreement |

### Certification

Name:   Alberto Aghion

Date:   June 8, 2010



Registration #:   SR0000646121

Service Request #:   1-410246474



Zumba Fitness, LLC
Adele Harrington
3801 North 29th Avenue
Hollywood, FL 33020  United States

# EXHIBIT M

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

## VA 1-654-875

Effective date of
registration:

March 3, 2009

### Title

Title of Work: Zumba Dancing Figure (Original)

### Completion/ Publication

Year of Completion: 2001

Date of 1st Publication: July 30, 2002          Nation of 1st Publication: United States

### Author

■          Author: Zumba Productions, LLC

Author Created: 2-D artwork

Work made for hire: Yes

Citizen of: United States          Domiciled in:   United States

### Copyright claimant

Copyright Claimant: Zumba Fitness, LLC

3801 North 29th Avenue, Hollywood, FL, 33020, United States

Transfer Statement: By written agreement

### Rights and Permissions

Organization Name: Zumba Fitness, LLC

Name: Alberto Aghion

Telephone:   954-925-3755

Address: 3801 N. 29th Ave

Hollywood, FL 33020  United States

### Certification

Name:  Michael B. Chesal, Attorney

Date:  March 3, 2009

IPN#:

Registration #:   VA0001654875

Service Request #:   1-166216421

Kluger, Peretz, Kaplan & Berlin, PL
Michael B. Chesal
201 South Biscayne Blvd.
17th Floor
Miami, FL 33131  United States

# EXHIBIT N

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**
**PA 1-634-065**

Effective date of
registration:
May 15, 2009

## Title

Title of Work: Zumba Fitness

## Completion/ Publication

Year of Completion: 2004

Date of 1st Publication: November 10, 2004          Nation of 1st Publication: United States

## Author

| | Author: | Zumba Productions, LLC |
| --- | --- | --- |
| | Author Created: | Entire contents of work except musical compositions and certain musical performances |
| | Work made for hire: | Yes |
| | Citizen of: | United States | Domiciled in: | United States |
| | Anonymous: | Yes |
| | Author: | Zeta Direct, Inc. |
| | Author Created: | Music and footage of musical performances |
| | Work made for hire: | Yes |
| | Citizen of: | United States | Domiciled in: | United States |
| | Anonymous: | Yes |

## Copyright claimant

Copyright Claimant: Zumba Fitness, LLC

3801 North 29th Avenue, Hollywood, FL, 33020, United States

Transfer Statement: By written agreement and merger

## Limitation of copyright claim

Material excluded from this claim: Certain preexisting musical sound recordings and compositions

New material included in claim: all other cinematographic material

## Rights and Permissions

Organization Name:  Zumba Fitness, LLC

Name:  Alberto Aghion

Email:  aghion@zumba.com

Address:  3801 North 29th Avenue

Hollywood, FL 33020  United States

## Certification

Name:  Leora Herrmann

Date:  April 29, 2009

Applicant's Tracking Number:  ZUM001USC

Correspondence:  Yes

Registration #:   PA0001634065

Service Request #:   1-187074001

Peretz Chesal & Herrmann, PL
Leora Herrmann
201 So. Biscayne Blvd, Suite 1750
Miami, FL 33131

EXHIBIT O

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## SR 646-124

**Effective date of
registration:**

June 10, 2010

---

## Title

**Title of Work:** Zumba Fitness Original Soundtrack

**Contents Titles:** C'mon and Dance

Quien Baila, Quien Goza

Zokalypso

Ya Llego

Muevete Pa'Ca Muevete Pa'Ila

Zamba Zumba

Cabo de la Vela

Zumba Kumbia

La Fiesta

Mira-La

Zumba Te Va A Mover

Aromuzak

## Completion/Publication

**Year of Completion:** 2004

**Date of 1st Publication:** February 1, 2004          **Nation of 1st Publication:** United States

## Author

          **Author:** Zumba Fitness, LLC

          **Author Created:** sound recording, performance, production, music, lyrics

**Work made for hire:** Yes

          **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Zumba Fitness, LLC

3801 North 29th Avenue, Hollywood, FL, 33020

**Transfer Statement:** By written agreement

## Certification

Name:   Alberto Aghion

Date:   June 8, 2010



Registration #:   SR0000646124

Service Request #:   1-408469651



Zumba Fitness, LLC
Adele Harrington
3801 North 29th Avenue
Hollywood, FL 33020  United States

EXHIBIT P

WebVoyage Record View 1        http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=12&ti=1,12&...



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (zumba fitness)[ in Keyword Anywhere |
Search Results: Displaying 12 of 14 entries



Labeled View

### Zumba Fitness (Packaging Design)

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001724930 / 2009-07-14 |
| **Application Title:** | Zumba Fitness (Packaging Design) |
| **Title:** | Zumba Fitness (Packaging Design) |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Zumba Fitness, LLC, Transfer: By written agreement and merger. Address: 3801 North 29th Avenue, Hollywood, FL, 33020, United States. |
| **Date of Creation:** | 2005 |
| **Date of Publication:** | 2005-05-15 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Zumba Productions, LLC (author of anonymous contribution), employer for hire; Domicile: United States; Citizenship: United States. Authorship: photograph(s) |
|  | Rabinovici and Associates (author of anonymous contribution), employer for hire; Domicile: United States; Citizenship: United States. Authorship: 2-D artwork, text. |
| **Pre-existing Material:** | 2-D artwork. |
| **Basis of Claim:** | 2-D artwork, photograph(s), text. |
| **Rights and Permissions:** | Alberto Aghion, Zumba Fitness, LLC, 3801 North 29th Avenue, Hollywood, FL, 33020, United States, aghion@zumba.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Zumba Productions, LLC |
|  | Rabinovici and Associates |
|  | Zumba Fitness, LLC |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  ▲▼  ( Format for Print/Save ) |
| Enter your email address: |_____| ( Email ) |

EXHIBIT Q



# Investigative Report
## Confidential

Date: June 16, 2011

**Re: Eddie Rojas**
**Case: Ongoing**

**I.C. # 11-18277**

Pursuant to your request on May 17, 2011, Investigator Popp searched the website www.facebook.com for Eddie Rojas. Popp sent a message to Mr. Rojas regarding the Zumba classes that he offers and a schedule of his classes for that month. It should also be noted, that Popp asked Mr. Rojas to be her friend and he did in fact accept her. The photograph below depicts Mr. Rojas' personal Facebook profile page:



June 16, 2011                                    I.C. # 11-18277

On May 18, 2011, Popp received a message from Mr. Rojas. Please refer to
the Facebook messages below between Popp and Mr. Rojas:



On June 8, 2011, Popp placed a telephone call to Mr. Rojas at 909-203-8001.
There was no answer. Popp left a detailed voicemail message along with her
contact information.

On June 9, 2011, Popp placed a telephone call to Mr. Rojas at 909-203-8001.
There was no answer. Popp left a detailed voicemail message along with her
contact information.

June 16, 2011                                                   I.C. # 11-18277

Later that day, on June 9, 2011, Popp received a telephone call to Mr. Rojas from 909-203-8001. A male answered the telephone and identified himself as Eddie Rojas. Popp engaged Mr. Rojas in a conversation. During the conversation, Mr. Rojas stated the following in substance:

- Hey, girl how are you?

- Yes, well I have classes all week long.

- Monday-Thursday I have a class at 6:00pm at 117 Euclid Avenue in Ontario.

- I also have classes on Monday and Wednesday at 3:30pm.

- Then the other classes I have are located at 2244 South Mountain Avenue in Ontario it's in the Sizzler shopping center.

- The classes are on Tuesday and Thursday 10:00am and 8:00pm.

- The classes are held inside of a Tae Kwon Do Institute.

- Classes are $5.00 a person and they are one hour classes.

- Just bring a water bottle and a towel and that is all you need.

- Remember though, it is in a Tae Kwon Do center so can't wear shoes you have to wear socks.

- Okay, well I will see you next Tuesday.

Mr. Rojas did not state anything else of interest.

On June 14, 2011, Investigators M. Buckner and Popp traveled to 2244 South Mountain Avenue in the City of Ontario, California. The location is best described as being a single story Tae Kwon Do Institute that is located inside of a plaza that is surrounded by multiple businesses. There is a sign above the location that reads in red lettering "Tae Kwon Do". The photograph below depicts the location:

EXHIBIT R

June 16, 2011                                                    I.C. # 11-18277



It should be noted located directly outside of the location was an advertisement for the Zumba classes offered by Mr. Rojas. The photograph below depicts the advertisement:



Investigators entered the inside of the location and came in contact with a male, who identified himself as Eddie Rojas. Mr. Rojas is best described as being Hispanic in his thirties with black hair and brown eyes. He is approximately five feet six inches tall and weighs approximately 180lbs. The photographs below depict Mr. Rojas:

SIG COPYRIGHT 2011

June 16, 2011                                                    I.C. # 11-18277



The Investigators engaged Mr. Rojas in a conversation. During the conversation, Mr. Rojas stated the following in substance:

- Hello ladies, so glad you came today.

- So how did you hear about my classes?

- Okay, so do you both live in the area or have family around here?

- Okay, so the class is $5.00 a person and it's amazing.

- I will need you to sign this waver just in case you have a heart attack or something, I'm not responsible.

Please note, at this time Mr. Rojas handed over a contract to the Investigators to sign in case of serious injury Mr. Rojas would not be held liable. The photographs below depicts Mr. Rojas handing over the contract to the Investigators:



©IC COPYRIGHT 2011

June 16, 2011                                                    I.C. # 11-18277

- Zumba can be difficult, but it is such a good workout.

- I have lost so much weight, I have been teaching for around 4-6 months.

- I got started teaching Zumba when I got laid off and didn't have a job. I was doing Zumba classes to work out.

- I ended up loving it, so I decided why not teach the classes for a living.

- You girls should start warming up and stretching though because the class will start soon.

- I will talk to you both after the class, let's Zumba!

Mr. Rojas did not state anything else of interest. It should be noted at this time Mr. Rojas taught the Investigators and four other individuals a Zumba class for an hour. The photographs below depict Mr. Rojas teaching the Zumba class:

Approximately one hour later, the Zumba class ended. The Investigators approached Mr. Rojas and engaged him in a conversation. During the conversation, Mr. Rojas stated the following in substance:

- How did you ladies like the class?

- I'm not sure if I know anyone in your area that teaches classes, but you can always go on Zumba.com.

- Oh yes, I'm a certified Zumba instructor.

- Well to become a Zumba teacher, all you need to do is take a class to get certified and that is 8 hours and it's like $450.00 to get certified.

- You only take one 1 hour class to get your certification.

- It isn't that hard, you girls could do it and make a lot of money.

- I mean I make some handouts and flyers and totally promote.

- I have classes all the time, so if you ladies want to come just stop by.

- Here is my official flyer.

- My classes are on the front and then the Tae Kwon Do studio is on the back.

- Hope you enjoyed the Zumba class.

Mr. Rojas did not state anything else of interest.

EXHIBIT S

June 16, 2011                                                    I.C. # 11-18277

The photograph below depicts the business flyer given:



**Zumba Fitness**
**Eddie Rojas (909) 203-8001**
**2244 S. Mountain Ave.**
**Ontario, CA 91762**

Our investigation is ongoing. Please contact me to discuss this matter further.

Kris Buckner

EXHIBIT T



**Jeffrey Gottlieb**
Zumba Fitness, LLC
800 Silks Run, Suite 2310
Hallandale, FL 33009
Tel 954-925-3755
Fax 954-925-3505

By Messenger

June 30, 2011

Mr. Eddie Rojas
2244 S. Mountain Ave.
Ontario, CA 91762

     Re: Illegal Instructor – "Eddie Rojas"

Dear Mr. Rojas:

My name is Jeffrey Gottlieb and I am Corporate Counsel at Zumba Fitness, LLC ("Zumba Fitness"). Zumba Fitness is the world's largest provider of dance-fitness programs and related products and offers goods and services under the valuable and well-known – and famous – ZUMBA trademarks ("Zumba Marks"). Indeed, Zumba Fitness' ZUMBA® trademark has been used throughout the United States in interstate commerce since at least as early as 2001. Zumba Fitness is the exclusive owner of all rights, title and interest in, to and under the United States Trademark Registrations for its ZUMBA® and ZUMBA FITNESS® trademarks on the Principal Register of the United States Patent and Trademark Office. These Trademarks include:

| Registered Trademark | Registration No.: |
|---|---|
| ZUMBA FITNESS | 3,452,926 |
| ZUMBA | 3,717,909 |
| ZUMBA | 3,244,094 |
| ZUMBA FITNESS | 3,435,705 |
| ZUMBA FITNESS | 3,452,872 |

These United States Trademark Registrations are valid and subsisting and in full force and effect.

Zumba Fitness' marks have acquired substantial secondary meaning, notoriety and good will among the relevant public. Zumba Fitness' marks constitute a family of trademarks. The family of marks provides Zumba Fitness with broad protection and any or all of these marks may be asserted against you. Zumba Fitness has consistently and effectively enforced its intellectual property rights in the United States and internationally.

We have recently learned that, for approximately 4-6 months, you have been infringing the Zumba® brand, engaging in copyright infringement, and unfairly competing by holding yourself out, marketing, selling and offering to sell Zumba® classes and posing as a licensed Zumba® instructor.

These acts constitute violations of Federal and California State laws, including, for example, 15 U.S.C. §1114, §1117, §1125(a); 17 U.S.C. §501(a) and California Business & Professions Code §17200.





Zumba Fitness intends to protect its business and its lawful instructors by enforcing its intellectual property rights under United States Federal law and all applicable state laws. As a result of your blatant infringement of the Zumba Marks, we request the following:

1. You are to immediately cease and desist conducting these unlawful activities and advise your customers of your unlawful activities, including those customers who plan to attend a Zumba® class that we understand you have marketed and sold tickets for today or customers who call regarding this or any other classes;

2. You are to immediately remove (by close of business tomorrow) from all electronic or other media, all use of our intellectual property and to commit in writing to destroy all printed media referring to our brand; and

3. You are to disgorge to the company for distribution to other licensed, local instructors all profits made from your classes.

Zumba Fitness would prefer to resolve this matter amicably without the need to resort to other legal remedies. However, WE MUST RECEIVE PROMPT WRITTEN OR ORAL CONFIRMATION FROM YOU THAT YOU WILL CEASE YOUR UNLAWFUL CONDUCT AND MAKING OR USING MATERIALS CONTAINING ZUMBA MARKS OR DESIGNS INFRINGING ON ZUMBA MARKS, CURRENTLY OR IN THE FUTURE. Any failure to provide the requested written confirmation of this request in a timely fashion would suggest your intention to willfully infringe Zumba Fitness' trademark rights and could subject you to significant damages under Federal and State laws, including costs and fees to bring suit. Please call me on 954-925-3755 ext. 205 to discuss your compliance. By the time you receive this letter, I will have contacted you on 909-203-8001 and attempted to reach the facility where you have been conducting illegal activities discussed above.

Best regards,


Jeffrey Gottlieb

Cc: Tae Kwon Do
    2244 S. Mountain Ave.
    Ontario, CA 91762

    Christopher Johnson – Johnson & Pham, LLP (via email only)
    Christopher Pham – Johnson & Pham, LLP (via email only)



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Ronald S. W. Lew and the assigned discovery Magistrate Judge is David T. Bristow.

The case number on all documents filed with the Court should read as follows:

### CV11- 5999 RSWL (DTBx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=========================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

JOHNSON & PHAM, LLP
Christopher D. Johnson, SBN:222698
Christopher Q. Pham, SBN: 206697
6355 Topanga Canyon Blvd., Suite 115
Woodland Hills, CA 91367
Tel. No.: (818) 888-7540 Fax No.: (818) 888-7544

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZUMBA FITNESS, LLC, a Florida Limited Liability Company,<br><br>PLAINTIFF(S)<br><br>v.<br><br>EDDIE ROJAS, an Individual, and Does 1-10, Inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV11-05999 RSWL (DTBx)<br><br><br>SUMMONS |

TO:   DEFENDANT(S): EDDIE ROJAS, an Individual, and Does 1-10, Inclusive.

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Christopher Q. Pham, Esq._____, whose address is _6355 Topanga Canyon Boulevard, Suite 115, Woodland Hills, CA 91367_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUL 2 0 2011

Dated: _____

Clerk, U.S. District Court

**JULIE PRADO**

By: _____
Deputy Clerk

SEAL

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                              SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) ZUMBA FITNESS, LLC, a Florida Limited Liability Company, | DEFENDANTS EDDIE ROJAS, an individual, and Does 1-10, Inclusive, |
|---|---|

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)  JOHNSON & PHAM, LLP 6355 Topanga Canyon Blvd., Suite 115, Woodland Hills, CA 91367 Tel. No.: (818) 888-7540 Fax: (818) 888-7544 | Attorneys (If Known) |
|---|---|

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES - For Diversity Cases Only**
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No        ☐ MONEY DEMANDED IN COMPLAINT: $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | REAL PROPERTY | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 465 Other Immigration Actions | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 290 All Other Real Property | ☐ 871 IRS-Third Party 26 USC 7609 |

CV11-05999

FOR OFFICE USE ONLY:   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No  ☐Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No  ☐Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Broward County, FL | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Bernardino County, CA | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note:  In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County, CA<br>San Bernardino County, CA | |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date 7/20/2011

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969 (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |