O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zumba Fitness, LLC, ) | CV 11-05999-RSWL (DTBx) |
| Plaintiff, ) | |
| vs. ) | **ORDER Re: Plaintiff's Motion for Entry of Default Judgment by Court [14]** |
| Eddie Rojas, ) | |
| Defendant. ) | |

    Currently before the Court is Plaintiff Zumba Fitness, LLC's ("Plaintiff") Motion for Default Judgment [14]. The Motion was set for hearing on December 20, 2011, but taken under on submission on December 9, 2011. The Court having reviewed all papers submitted pertaining to this Motion, **NOW FINDS AND RULES AS FOLLOWS:**

    Plaintiff's Motion for Default Judgment is hereby **GRANTED.** The Court finds that Plaintiff has satisfied all procedural requirements necessary under Local Rule

1

55-1 for entry of default judgment.  Specifically, the Court finds that on September 8, 2011, the clerk entered the default of Defendant Eddie Rojas ("Defendant");  Defendant is not an infant or incompetent person or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940; and Defendant did not appear in this action.  Further, the Court finds that the substantive factors set forth in <u>Eitel v. McCool</u>, 782 F.2d 1470 (9th Cir. 1986) weigh in favor of granting default judgment.  In addition, the Court finds that Defendant committed acts of willful copyright and trademark infringement; as such, an increased statutory damages award is appropriate under the Copyright Act § 504(c)(2) and Trademark Act § 1117(c)(2).

    Accordingly, Default judgment is hereby entered against Defendant for damages in the amount of $430,000.00, Plaintiff's attorney's fees in the amount of $5,600.00,  and costs of suit in the amount of $1,111.58.  This judgment shall bear interest at the judgment rate from the date of entry until paid.

**IT IS SO ORDERED.**

DATED: January 18, 2012.

*RONALD S.W. LEW*
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge